IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON PRICE, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ARMY REVIEW BOARD AGENCY, ) <br> ) <br> ) <br> Defendant. ) | 2:24-CV-01561-MJH |

## ORDER

Presently before the Court are Plaintiff Brandon Price's Motion to Seal Confidential Exhibits (ECF No. 19) and Motion for PACER Fee Exemption and Billing Review (ECF No. 20). The Motion to Seal Confidential Exhibits will be granted. For the following reasons, the Motion for PACER Fee Exemption and Billing Review will be denied.

Mr. Price, proceeding pro se, is identified on the docket as a party that receives notice of filed pleadings by mail to his address of record; he is not a registered ECF filer designated to receive notice of pleadings via email. This Court has mailed all pleadings filed by the Court to Mr. Price at his address of record. *See* ECF Nos. 3-5, 9, 10, 15-18. In addition, counsel for the Defendant has certified that she served her Notice of Appearance and Answer to Mr. Price at his address of record. ECF Nos. 13-14. Finally, Mr. Price argues that he qualifies for an exemption from PACER fees under the relevant policies, but, he has not shown that it is necessary for him to have ECF access to prosecute his action, as he is presently receiving all pleadings by mail. As stated, Mr. Price has been provided with a copy of each pleading that he has not personally filed. Therefore, he does not need to access the electronic pleadings in his case. To the extent Mr. Price wishes to use PACER, for any reason, computers are available in the Clerk's Office where he

1

can view cases and documents for free. Should he wish to print a document, there is a charge of 10 cents per page.

Mr. Price's request that the Court review his PACER billings will be denied as such review is not warranted.

AND NOW, this 11th day of August 2025, it is hereby ordered that Plaintiff's Motion to Seal Confidential Exhibits is GRANTED; and Plaintiff's Motion for PACER Fee Exemption and Billing Review is DENIED.

s/*Marilyn J. Horan*
United States District Judge

Brandon Price, pro se
APT. 3
150 1st Street
Blawnox, PA 15238